IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE POUNCEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 1:13cv-711-WHA |
| ) | |
| MAMIE McCORY, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondents, and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 27th day of August, 2015.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE